HEATHER E. WILLIAMS, CA SBN #122664
Federal Defender
REED GRANTHAM, CA SBN #294171
Assistant Federal Defender
Office of the Federal Defender
2300 Tulare Street, Suite 330
Fresno, CA 93721-2226
Telephone: (559) 487-5561
Fax: (559) 487-5950

Attorney for Defendant
JILL BIELEFELD THOMAS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. 6:16-mj-00021-MJS |
| Plaintiff, | **MOTION TO VACATE JUNE 6, 2017 REVIEW HEARING; ORDER** |
| vs. | |
| JILL BIELEFELD THOMAS, | |
| Defendant. | |

Defendant Jill Bielefeld Thomas hereby requests that the Court vacate the June 6, 2017 review hearing. The government is in agreement with the request.

On July 7, 2016, the Court sentenced Ms. Bielefeld Thomas to twelve months of unsupervised probation, with the conditions that she obey all laws and advise the Court and Government Officer within seven days of being cited or arrested for any alleged violation of law. She was also ordered to pay a $490.00 fine and to pay a $10.00 penalty assessment.

Ms. Bielefeld Thomas has paid the entire amount of her fine and her penalty assessment.

Accordingly, Ms. Bielefeld Thomas has complied with all conditions of her probation, and she hereby requests that her June 6, 2017 review hearing be vacated.

//

//

//

Respectfully submitted,

HEATHER E. WILLIAMS
Federal Defender

Date: June 1, 2017 */s/ Reed Grantham*
REED GRANTHAM
Assistant Federal Defender
Attorney for Defendant
JILL BIELEFELD THOMAS

## **O R D E R**

Based on the parties' joint representation that Ms. Bielefeld Thomas is in compliance with the conditions of her probation, the Court vacates the review hearing scheduled for June 6, 2017, at 10:00 a.m., in case number 6:16-mj-00021-MJS.

IT IS SO ORDERED.

Dated:   June 1, 2017   /s/ *Michael J. Seng*
UNITED STATES MAGISTRATE JUDGE